1  ELEANOR M. LACKMAN (SBN 298594)
    eml@msk.com
2  ALEXANDRA ANFUSO (SBN 333440)
    ala@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Fl.
4  Los Angeles, CA 90067
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff
   The Influential Network, Inc.
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  WESTERN DIVISION

| THE INFLUENTIAL NETWORK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DARKSTORE, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. 2:21−cv−07162−AB−JEM<br><br>**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT F.R.C.P. 55(A)**<br><br>Judge:   André Birotte Jr. |
|---|---|

**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT F.R.C.P. 55(A)**

I, Eleanor M. Lackman, hereby declare as follows:

I am an attorney admitted to practice in California and am a member of the Bar of this Court. Through my professional corporation, I am a partner in the law firm of Mitchell, Silberberg & Knupp LLP, counsel of record for plaintiff The Influential Network, Inc. ("Influential"). I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto.

1. On September 7, 2021, Influential filed its Complaint in this case. (Dkt. 1.) The Complaint asserts a claim for breach of contract. *Id*.

2. Defendant Darkstore, Inc. ("Darkstore") was served with the Summons and the Complaint on September 10, 2021. (Dkt. 7.) Defendant Darkstore was also served by mail, sent on September 10, 2021. (Dkt. 11.)

3. Darkstore has not appeared, answered, or otherwise responded to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 8, 2021 at New York, New York.

By: _____
Eleanor M. Lackman

2
**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF
REQUEST FOR CLERK'S ENTRY OF DEFAULT F.R.C.P. 55(A)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067, and my business email address is kls@msk.com.

On October 8, 2021, I served a copy of the foregoing document(s) described as **DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT F.R.C.P. 55(A)** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Lee Hnetinka, Agent for Service of Process
DARKSTORE, INC.
2261 Market Street, # 4103
San Francisco, CA 94114-1612

☒ **BY MAIL**: I caused to be placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FED EX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically at _____ [a.m./p.m.] on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 8, 2021, at Los Angeles, California.

_K. Stewart_
K. Stewart

3

**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT F.R.C.P. 55(A)**