JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE INFLUENTIAL NETWORK, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARKSTORE, INC., a Delaware corporation,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-07162-AB-JEM<br><br>[PROPOSED] JUDGMENT GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

## JUDGMENT

On January 13, 2023 at 10:30 a.m., Plaintiff The Influential Network Inc.'s ("Influential") Motion for Summary Judgment came on regularly for hearing in Courtroom 7B of this Court, the Honorable André Birotte Jr. presiding.

After full consideration of the evidence, the separate statements and the authorities submitted by each party, as well as the oral argument by counsel, the Court finds that the undisputed facts confirm Defendant Darkstore, Inc. ("Darkstore") breached the parties' contract without excuse or justification, and Plaintiff's claims should be granted:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

That Influential's Motion for Summary Judgment is hereby **GRANTED** in its entirety.

Judgment is entered declaring that:

1. Influential and Darkstore entered a valid contract;
2. Darkstore breached that contract by failing to pay the amount owed;
3. Plaintiff is the prevailing party;
4. Judgment shall be entered against Defendant in the amount of $145,094.54, due and payable to Plaintiff, constituting the sum of $100,000 plus interest at a rate of 1.5% per month, calculated from January 12, 2021;
5. Influential is further entitled to post-judgment interest as provided by law, at the rate of 5.03% per annum, computed daily at a rate of $20.00 per day, or such other number that may be calculated by the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of entry of this Judgment (as available at https://www.federalreserve.gov/releases/h15/) from the date of this Judgment until the date the judgment amount is paid in full, pursuant to 28 U.S.C. § 1961;

6. This Judgment is without prejudice to Plaintiff's right to seek costs pursuant to, *inter alia*, Federal Rule of Civil Procedure 54(d).

Dated: March 13, 2023

_____
Hon. André Birotte Jr.
Judge of the United States District Court